The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA HEYDLAUFF,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:17-cv-00687-MJP<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER TO PLAINTIFF ANGELA HEYDLAUFF'S COMPLAINT** |

Upon consideration by the Court of Defendant's Unopposed Motion for Leave to Amend Its Answer to Plaintiff's Complaint, the Court GRANTS the Motion. Defendant shall file its amended answer on the docket within 7 days of the date of this Order.

DATED: May 14, 2018

_____
Marsha J. Pechman
United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
LEAVE TO FILE AMENDED ANSWER TO PLAINTIFF'S
COMPLAINT -1