The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA HEYDLAUFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY,<br><br>　　　　Defendant. | No. 2:17-cv-00687-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES**<br><br>NOTING DATE: October 30, 2018 |

The matter is before the Court on the Parties' Stipulated Motion to Extend Discovery Deadlines. Having reviewed the Parties' submission, the Court finds that good cause exists to GRANT the Motion. The Court therefore orders as follows:

1. The deadline to file discovery-related motions concerning the issues identified in this stipulation shall be extended from October 31, 2018, until November 21, 2018.

2. The deadline to complete depositions should be shall be extended from November 30, 2018, until December 7, 2018.

DATED: November 1, 2018

_____
Marsha J. Pechman
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND
DISCOVERY DEADLINES (No. 17-cv-687 MJP) -1