The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANGELA HEYDLAUFF, <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | No. 2:17-cv-00687-MJP <br><br> **ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE FOR LIMITED ADDITIONAL PURPOSE OF DEPOSITION OF WESLEY HEYDLAUFF** <br><br> NOTING DATE: December 5, 2018 |

The matter is before the Court on the Parties' Stipulated Motion to Extend Discovery Deadline for Limited Additional Purpose of Deposition of Wesley Heydlauff. Having reviewed the Parties' submission, the Court finds that good cause exists to GRANT the Motion. The Court therefore orders as follows:

1. The deposition of Wesley Heydlauff may occur on or before January 25, 2019.

DATED: November 6, 2018

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER GRANTING
STIPULATED MOTION (No. 17-cv-687 MJP) -1