HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ANGELA HEYDLAUFF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>Defendant. | No. 17-cv-00687-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE CALENDAR SETTING FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Note for Motion Calendar:<br>December 21, 2018 |

## I. STIPULATION

Due to scheduling conflicts over the holidays, the Parties, by and through their respective counsel, hereby stipulate to the following briefing schedule and hearing date for Plaintiff's Motion for Partial Summary Judgment (Dkt. 29):

| | |
|---|---|
| Response Due Date | January 11, 2019 |
| Reply Due Date | January 18, 2019 |
| Consideration Date (oral argument requested) | January 18, 2019 |

DATED: December 21, 2018.

| | |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>By: *s/Laurence A. Shapero*<br>   Laurence A. Shapero, WSBA #31301<br>   1201 Third Ave., Ste. 5150<br>   Seattle, WA 98101<br>   Tel: (206) 876-5301<br>   laurence.shapero@ogletree.com | BRESKIN JOHNSON TOWNSEND, PLLC<br><br>By: *s/Roger Townsend*<br>   Roger Townsend, WSBA #25525<br>   Cynthia J. Heidelberg, WSBA #44121<br>   1000 Second Avenue, Suite 3670<br>   Seattle, WA 98104<br>   Tel: (206)652-8660<br>   rtownsend@bjtlegal.com<br>   cheidelberg@bjtlegal.com<br><br>*Attorneys for Plaintiff* |

MORGAN, LEWIS & BOCKIUS LLP
Matthew J. Sharbaugh
Christopher Banks
(Admitted *Pro Hac Vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: 1-202-739-3000
matthew.sharbaugh@morganlewis.com
christopher.banks@morganlewis.com

*Attorneys for Defendant*

## II. ORDER

Based on the parties' stipulation, Plaintiff's Motion for Partial Summary Judgment (Dkt. 29) is set for motion calendar on January 18, 2019. Defendant's response is due January 11, 2019, and Plaintiff's reply is due January 18, 2019.

IT IS SO ORDERED.

Dated this 27th day of December, 2018.

Marsha J. Pechman
United States District Judge