Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANGELA HEYDLAUFF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, A DELAWARE CORPORATION.<br><br>Defendant. | NO. 2:17-cv-00687<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR THE LIMITED PURPOSE OF 30(b)(6) DEPOSITION(S)<br><br>NOTE FOR MOTION:<br>January 17, 2019 |

Pursuant to Fed. R. Civ. P. 29, Plaintiff Angela Heydlauff ("Heydlauff") and Defendant The Boeing Company ("Boeing") (together, the "Parties"), by and through their undersigned counsel, and subject to the Court's approval, hereby stipulate to an additional, limited extension of the current deadline to conduct discovery for the limited purpose of allowing Plaintiff to take 30(b)(6) deposition(s) of Boeing's corporate representative(s). In support of the stipulated motion, the Parties state as follows:

1. On October 19, 2018, Plaintiff served Plaintiff's Third Interrogatories and Requests for Production which, in pertinent part, relate to potential open jobs at Boeing for which Plaintiff alleges she met the minimum qualifications and needed to be reassigned under the Americans with Disabilities Act. On October 25, Plaintiff served a deposition notice to take a 30(b)(6) deposition of Boeing related to the jobs identified in Plaintiff's discovery requests.

2. The parties agreed in November 2018 that, based on written information and documents provided by Boeing on November 19, 2018 in response to Plaintiff's discovery requests, Plaintiff will identify 3-5 jobs about which Boeing will produce a corporate representative to testify pursuant to Plaintiff's notice of 30(b)(6) deposition. The parties agreed that this may necessitate 3-5 separate individuals who can testify on its behalf about these jobs. *See* FRCP 30(b)(6)("[t]he named organization must then designate one or more…persons who consent to testify on its behalf").

3. Discovery in the case closed on November 30, 2018, except that the Court granted the parties' prior motion to extend the deadline for all depositions until December 7, 2018. Dkt. 20, 25. Because scheduling over the holidays was difficult and the parties already had a number of other depositions scheduled in December, the parties stipulated and jointly moved for an extension of the December 7 discovery cutoff to January 25, 2019, for the limited purpose of completing two remaining depositions only: (1) the narrowed 30(b)(6) deposition of Boeing; and (2) the deposition of Wesley Heydlauff. Dkt. 26.

4. The Court granted the motion. Dkt. 42. Under the Court's operative Order Granting Stipulated Motion to Extend Discovery Deadlines, the current deadline to complete those two remaining depositions is January 25, 2019. *Id.*

5. On January 14, 2019, Plaintiff served Defendant with a third amended 30(b)(6) notice of deposition, identifying five positions about which Plaintiff sought testimony. Plaintiff scheduled the deposition(s) for January 23, 2019.

6. Due to scheduling, coordination, and preparation concerns, the parties are unable to complete the deposition(s) on January 23 or any other date before the January 25 deadline..

7. The parties therefore have agreed, and move this Court, to extend the discovery cutoff in this case to February 15, 2019, for the limited purpose of allowing Plaintiff to conduct a 30(b)(6) deposition of Boeing's corporate representative.

8. At this point, the Parties do not anticipate any issues in completed Wesley

Heydlauff's deposition before January 25, 2019.  The Parties have been in contact with Mr. Heydlauff, and have noticed his deposition to take place on January 24, 2019, which date he proposed as an available option.

9. The Parties also respectfully submit that this limited extension should not affect any other deadlines in the case.

10. The parties had previously agreed to an extension of the overall case deadlines to accommodate the maternity leave of Plaintiff's counsel, and had agreed to a limited extension of the discovery motions cutoff and discovery deadline to accommodate their good faith efforts to complete discovery and cooperatively resolve their disputes without need for motions practice. The parties have thus far been able to cooperatively work out all scheduling and other disputes in this case without resort to motions practice. The Parties submit that this stipulation is filed in good faith and not to cause delay or for any other improper purpose.

THEREFORE, subject to the Court's approval pursuant to Fed.R.Civ. P. 29(b), the Parties stipulate and agree, and respectfully request that the Court order, as follows:

The deadline to complete depositions shall be extended from January 25, 2019, to February 15, 2019, for the limited purpose of allowing depositions pursuant to Plaintiff's third amended notice of deposition of 30(b)(6) corporate representative.

DATED: January 17, 2019

| | | |
|---|---|---|
| 1 | By: *s/ Cynthia J. Heidelberg* | By: *s/ Matthew J. Sharbaugh* |

By: *s/ Cynthia J. Heidelberg*
    Cynthia J. Heidelberg, WSBA No. 44121
    Roger M. Townsend, WSBA No. 25525
    BRESKIN JOHNSON & TOWNSEND PLLC
    1000 Second Avenue, Suite 3670
    Seattle, WA 98104
    Phone: 206-652-8660
    cheidelberg@bjtlegal.com
    rtownsend@bjtlegal.com

*Attorneys for Plaintiff Angela Heydlauff*

By: *s/ Matthew J. Sharbaugh*
    Matthew J. Sharbaugh (*pro hac vice*)
    MORGAN, LEWIS & BOCKIUS LLP
    1111 Pennsylvania Avenue, N.W.
    Washington, DC 20004
    Phone: 202-739-3000
    matthew.sharbaugh@morganlewis.com

    Christopher J. Banks (*pro hac vice*)
    MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105
    Phone: 415-442-1000
    christopher.banks@morganlewis.com

    *s/ Laurence A. Shapero*
    Laurence A. Shapero, WSBA #31301
    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Tel: (206) 876-5301
    Fax: (206) 693-7058
    laurence.shapero@ogletree.com

*Attorneys for Defendant The Boeing Company*

## **ORDER**

It is so ORDERED.

DATED this 17th day of January, 2019.

*[signature]*
Marsha J. Pechman
United States District Judge